Michael R. Brooks, Esq.
Nevada Bar No. 7287
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel:    (702) 851-1191
Fax:    (702) 851-1198
E-mail: mbrooks@brookshubley.com
*Attorneys for Plaintiff Ditech Financial LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No.:  2:16-cv-00128-RFB-NJK |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO NRCP 41(A)(1)(i)** |
| SFR INVESTMENTS POOL 1, LLC; RANCH HOUSE ESTATES OWNERS' ASSOCIATION; ALESSI & KOENIG, LLC; MICHAEL GENE BROWNING; TINA M. BROWNING; DOES 1-10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to NRCP 41(a)(1)(i), Plaintiff, DITECH FINANCIAL LLC, voluntarily dismisses the above-entitled action without prejudice as to all Defendants. No answer or motion for summary judgment has been served by any Defendant.

DATED: April 25, 2016.

BROOKS HUBLEY, LLP

By: _____
Michael R. Brooks, Esq.

1210-0157/188879